HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ADRIAN ARNOLD WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-mj-00006-SAB |
|---|---|
| Plaintiff, | **MOTION FOR RETURN OF PASSPORT; ORDER** |
| vs. | |
| ADRIAN ARNOLD WILSON, | |
| Defendant. | |

Defendant Adrian Arnold Wilson appeared in this Court on January 10, 2020, and was ordered released on conditions. *See* Dkt. #6. Pursuant to the terms of his release, Mr. Wilson surrendered his United States Passport Card on January 10, 2020. *See* Dkt. #5.

| 01/10/2020 | 5 | COLLATERAL RECEIVED as to Adrian Arnold Wilson: USA Passport Card from Reed Grantham, defendant's counsel, Passport Card Number C19652399. (Marrujo, C) (Entered: 01/10/2020) |
|---|---|---|

Thereafter, on February 4, 2020, after additional arguments before the Court were heard, Mr. Wilson was ordered detained, and transported to the Southern District of California to appear in Case No. 3:20-cr-1447-CAB. *See* Dkt. #9, #10, #11, #12.

Mr. Wilson was sentenced in the case out of the Southern District of California on September 11, 2020. *See* Dkt. #54 in Case No. 3:20-cr-1447-CAB. He was sentenced to time-served (71 days), and placed on supervised release for 2 years. *See* Dkt. #55 in Case No. 3:20-cr-

1447-CAB. Mr. Wilson has completed his 2 year term of supervised release.

Pursuant to the Clerk's Office, this Court remains in possession of Mr. Wilson's passport. As Mr. Wilson was sentenced in the Southern District of California and has completed his term of supervised release, it is requested that Mr. Wilson's United States Passport Card be returned to him. Mr. Wilson requests that his United States Passport Card be released by the Clerk's Office to Mr. Wilson.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: September 28, 2022            */s/ Reed Grantham*
                                          REED GRANTHAM
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          ADRIAN ARNOLD WILSON

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court return Mr. Wilson's United States Passport Card received on January 10, 2020. Mr. Wilson's United States Passport Card may be picked up from the Clerk's Office by Mr. Wilson.

IT IS SO ORDERED.

Dated: **September 29, 2022**

                                                      UNITED STATES MAGISTRATE JUDGE